# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**TERRY CHAMPLIN**                                                                                  **PLAINTIFF**

v.                                        **Case No. 4:13-cv-00413 KGB**

**USA**                                                                                              **DEFENDANT**

## ORDER

Based on the parties' representations to the Court that this matter has settled, the Court removes this case from the trial docket for the week of September 8, 2014. This matter will remain open until the parties file a motion to dismiss or a stipulation of dismissal.

SO ORDERED this 19th day of June, 2014.

_____
Kristine G. Baker
United States District Judge