UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TERRY CHAMPLIN**                                                                    **PLAINTIFF**

**v.**                  **Case No. 4:13-cv-413 KBG**

**UNITED STATES OF AMERICA**                                   **DEFENDANT**

### JOINT MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE

Come both parties, the Plaintiff, Terry Champlin, and Defendant, the United States of America, and for their Joint Motion For Order of Dismissal With Prejudice, state that all the terms of the agreed upon settlement are now satisfied.

Wherefore, the parties request that the Court enter an Order of Dismissal of the above-captioned action with prejudice, with each party bearing its own fees, costs, and expenses.

                                           Respectfully submitted,

                                           For the Plaintiff:

                                           Mr. Christopher R. Heil
                                           The Brad Hendricks Law Firm
                                           500 C Pleasant Valley Dr.
                                           Little Rock, Arkansas 72227
                                           (501) 224.0444
                                           cheil@bradhendricks.com

                             By:    */s/ Christopher R. Heil*_____
                                           Christopher R. Heil

      For the Defendant:

      CHRISTOPHER R. THYER,
      United States Attorney
      Eastern District of Arkansas

By: */s/ Lindsey Lorence*
      Lindsey Mitcham Lorence(#96183)
      Assistant U.S. Attorney
      425 West Capitol Avenue
      Suite 500
      Little Rock, AR 72201
      501.340.2600
      Email: lindsey.lorence@usdoj.gov