IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TERRY CHAMPLIN**                                                              **PLAINTIFF**

v.                      **Case No. 4:13-cv-00413 KGB**

**UNITED STATES OF AMERICA**                                   **DEFENDANT**

## ORDER

Before the Court is the parties' joint motion for Order of dismissal with prejudice (Dkt. No. 9). Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Terry Champlin's complaint against defendant United States of America is dismissed with prejudice, with each party bearing its own fees, costs, and expenses.

SO ORDERED this 4th day of August, 2014.

Kristine G. Baker
United States District Judge